

# THE THIRTEENTH COURT OF APPEALS

## 13-25-00360-CV

Doctors Hospital at Renaissance, LTD. d/b/a DHR Health
v.
Alma Rosa Corona

On Appeal from the
93rd District Court of Hidalgo County, Texas
Trial Court Cause No. C-5943-24-B

## JUDGMENT

THE THIRTEENTH COURT OF APPEALS, having considered this cause on appeal, concludes the judgment of the trial court should be reversed and the case remanded to the trial court. The Court orders the judgment of the trial court REVERSED and the case REMANDED for further proceedings consistent with its opinion. Costs of the appeal are adjudged against appellee.

We further order this decision certified below for observance.

October 30, 2025